THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELA MAHER, Appellant.

Supreme Court, Appellate Term, First Department, March 20, 1989

## APPEARANCES OF COUNSEL

*Kevin Patrick McGovern* and *Michael P. Tierney* for appellant. *Robert M. Morgenthau, District Attorney (Donna Krone* and *Tami J. Aisenson* of counsel), for respondent.

## OPINION OF THE COURT

Per Curiam.

Judgment of conviction rendered September 10, 1987 affirmed for the reasons stated in the opinion of Drager, J., at the Criminal Court.

SANDIFER, J. P., PARNESS and MILLER, JJ., concur.